## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Darryl Brooks     :
1727 Widener Street    :
Philadelphia, PA 19144   :  NO.: 16-6136
            :
   Plaintiffs,     :
            :
v.           :
            :
Officer Patrick J. Dooley   :
Individually & Official Capacity as a :
Philadelphia Police Officer d/b/a  :
Philadelphia Police Department d/b/a :
City of Philadelphia     :
750 Race Street      :
Philadelphia, PA 19106   :
            :
   And       :
            :
Commissioner Charles H. Ramsey  :
Individually & Official Capacity as the :
Commissioner of Philadelphia Police Dept. :
d/b/a Philadelphia Police Department :
d/b/a City of Philadelphia   :
C/O Philadelphia Law Department  :
1515 Arch St      :
Philadelphia, PA 19102   :
            :
   And       :  **JURY TRIAL DEMANDED**
            :
Philadelphia Police Department d/b/a :
City of Philadelphia     :
C/O Philadelphia Law Department  :
1515 Arch St      :
Philadelphia, PA 19102   :
            :
   And       :
            :
City of Philadelphia d/b/a   :
Philadelphia Police Department  :
C/O Philadelphia Law Department  :
1515 Arch St      :
Philadelphia, PA 19102   :
            :

FILED

JAN 20 2017

KATE BARKMAN, Clerk
By _____ Dep. Clerk

|                      |     |
|----------------------|-----|
| And                  | :   |
|                      | :   |
| John Does 1-10       | :   |
|                      | :   |
|     Defendants. | :   |

## FIRST AMENDED CIVIL ACTION COMPLAINT

### I.     JURISDICTION AND VENUE

1.      Jurisdiction in this Honorable Court is based on federal question pursuant to 28 USC §1331; supplemental jurisdiction over state law claims is granted by 28 USC §1367.

2.      Venue lies in this district as the events giving rise to this claim occurred here, at least one (1) Defendant resides, maintains a principal place of business, and/or does business here, and/or the conduct which is the subject of this action is situated within this district.

### II.    PARTIES

3.      Plaintiff, Darryl Brooks, is an adult individual residing at the above captioned address.

4.      Defendant, Officer Patrick J. Dooley, is an adult individual who, at all times material herein, acted individually, and/or as an agent, servant, workman, and/or employee of Philadelphia Police Department doing business as City of Philadelphia, as well as in his official capacity as a Police Officer, acting under color of State law.

5.      Defendant, Commissioner Charles H. Ramsey, is an adult individual who, at all times material herein, acted individually, and/or as an agent, servant, workman, and/or employee of Philadelphia Police Department doing business as City of Philadelphia, as well as in his official capacity as Commissioner of the Philadelphia Police Department, acting under color of State law.

6.      Defendant, Philadelphia Police Department, doing business as City of Philadelphia, is a department of a municipality located at the above captioned address.

7.     Defendant, City of Philadelphia, is a municipality doing business as Philadelphia Police Department, located at the above captioned address.

8.     Defendants, John Does 1-10, is a moniker/fictitious name for individuals and entities currently unknown but will be substituted when known, as affiliated, associated or liable hereunder for the reasons set forth below or inferred therefrom. Each of these unknown parties are incorporated as Defendants in each and every count and averment listed above and below. Upon information and belief, Defendants, John Does, were agents, servants, workmen, or employees of Co-Defendants, liable to Plaintiff hereunder.

## III.     OPERATIVE FACTS

9.     In or around July 24, 2002, Plaintiff, Darryl Brooks and non-party, Vanessa Supplee, had a child, Anastasia Brooks. Following the birth of Anastasia, Plaintiff and Supplee separated.

10.     In or around November 2002, Supplee pled guilty to simple assault, among other counts (Docket No.: CP-36-MD-0000191-2011). (Exhibit A – Court Summary). As a result of Supplee's criminal history and then-recent behavior, Brooks obtained primary custody of Anastasia.

11.     Between 2003 and 2012, Supplee made five false reports of domestic violence against Brooks in an attempt to obtain primary custody of Anastasia; two in Lancaster County, PA and three in Dauphin County, PA. Each time, Supplee either did not show up for the hearing or admitted that the report was false.

12.     In or around July 2012, Supplee again made a false report, this time to Defendant, Philadelphia Police Department, via Defendant, John Doe, falsely accusing Plaintiff of sexually assaulting his daughter, Anastasia. In fact, Supplee and non-party, Supplee's boyfriend, Robert

Jones, lied to the Philadelphia Police Department, via Defendant, John Doe, falsely stating that they had actually witnessed the sexual assault.

13.     Upon information and belief, the Philadelphia Police Department, via Defendant, John Doe, did not interview Anastasia or in any way assess the truth of Supplee's and Jones' accusations.

14.     Upon information and belief, the Philadelphia Police Department, via Defendant, John Doe, did not make any reasonable assessment of reliability of Supplee and Jones. Had the Philadelphia Police Department, via Defendant, John Doe, performed a minimal investigation, the Philadelphia Police Department would have learned of the numerous, previous false reports made by Supplee. Based on Supplee's numerous, previous false reports, the Philadelphia Police Department knew or should have known that Supplee was inherently unreliable.

15.     Further, Supplee has a long criminal history including multiple instances of disorderly conduct, harassment, criminal mischief, terroristic threats, simple assault, burglary, trespass, and retail theft. (Exhibit B – Background Report). Based on Supplee's long criminal history, the Philadelphia Police Department knew or should have known that Supplee was inherently unreliable.

16.     On or about August 17, 2012, non-party, Philadelphia Police Officer Patrick J. Dooley arrived at Plaintiff's home, located at 1727 Widener Street, Philadelphia, PA 19144. Dooley knocked on the door. When Plaintiff opened the door, Dooley asked if Plaintiff was Darryl Brooks. Upon confirmation, Dooley immediately arrested Plaintiff without asking any further questions or in any way assessing the truth of Supplee's and Jones' accusations.

17.     On or about August 18, 2012, at approximately 5am, Plaintiff was brought before Magistrate Judge James O'Brien for Preliminary Arraignment (bail hearing). (Docket No.: MC-

51-CR-0033520-2012) (Exhibit C – Court Docket for x33520). Plaintiff was charged with eleven counts, including unlawful contact with minor – sexual offenses, statutory sexual assault, incest, and rape of a child. *See* Exhibit B. At this time, Plaintiff learned that Supplee and Jones had told the Philadelphia Police that Plaintiff had sexually assaulted his daughter, Anastasia. Plaintiff truthfully denied all counts. Judge O'Brien set bail at 10% of $50,000; however, Plaintiff was unable to post bail and remained in custody. Plaintiff remained in custody until the date of his trial in March 2015.

18. Philadelphia Police Department, via John Doe and/or Dooley, initiated the criminal proceedings against Plaintiff.

19. At all material times, the Philadelphia Police Department, Dooley, and John Does had no probable cause to justify their actions.

20. Following Plaintiff's arrest, Supplee took custody of Anastasia.

21. On or about September 4, 2012, Plaintiff attended the scheduled Arraignment. However, the complaining witnesses, Supplee and Jones, failed to appear. Although the Plaintiff and his attorney were ready to proceed, the Court granted the Philadelphia District Attorney Office's Motion for a Continuance. *See* Exhibit C.

22. On or about October 16, 2012, at Plaintiff's rescheduled Arraignment, the Philadelphia District Attorney Office dropped five of the eleven charges, including rape of a child, incest, and serious bodily injury. However, the Philadelphia District Attorney Office chose to continue with the following counts: Unlawful Contact with Minor – Sexual Offenses, Endangering Welfare of Children, Corruption of Minors, Indecent Assault Forcible Compulsion, Simple Assault – Victim Under 12, Defendant 21 or Older, and Recklessly Endangering Another Person.

23.    On or about October 17, 2012, the case was moved into a Common Pleas case (Docket No. CP-51-CR-0012354-2012). *See* Exhibit C.

24.    On or about March 17, 2015, after being in jail for approximately thirty-one (31) months, the Philadelphia District Attorney Office filed a motion for Nolle Prosse, which was granted. (Exhibit D – Court Docket for x12354). Plaintiff was then discharged. (Exhibit E – Discharge).

25.    As a result of the Defendants' actions, Plaintiff has a public record displaying that he was charged with statutory sexual assault, incest, and rape of a child, among other outrageous and despicable counts. Plaintiff now is unable to obtain equivalent employment and is banned from the City's shelters, where Plaintiff had resided before the Defendants' actions.

26.    Defendants acted with malice in arresting Plaintiff and forcing Plaintiff to suffer prosecution for despicable and disgusting crimes. Defendants never had probable cause and failed to take any reasonable step to investigate the unreliable report of Supplee and Jones causing violations of Plaintiff's constitutional rights under Fourth and Fourteenth Amendments of the United States Constitution.

27.    Upon information and belief, the Philadelphia Police Department had a policy and/or practice of encouraging individual officers to accept allegations of criminal conduct on face value, without making a determination of the creditability of the complainants. Upon information and belief, this policy and/or practice was created, encouraged, promulgated, endorsed, and/or approved by Defendant, Commissioner Charles H. Ramsey, in order to improve community-police relationships for past failures of the Philadelphia Police Department in failing to act on complaints alleged by citizens of particular minority races.

28.    The conduct of Defendants was part of a custom, policy and/or practice and these customs, policies or practices caused the violations of Plaintiff's rights. Specifically, upon

information and belief, Defendants arrest citizens without any meaningful investigation, ignore exculpatory evidence that citizens have not violated any laws, and/or unjustifiably rely on inherently unreliable witnesses who have obvious alternative motives. Further, upon information and belief, Defendants' violations have been repetitive, are ongoing, and include a failure to appropriately train and supervise Philadelphia Police Department personnel, including Dooley.

## III.   CAUSES OF ACTION

### COUNT I
### Malicious Prosecution

29.   Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

30.   At all material times, Plaintiff had not committed any infraction to legally justify Defendants' actions.

31.   Defendants' actions were committed under color of state law and were violations of Plaintiff's clearly established and well-settled Constitutional and other legal rights.

32.   Defendants caused Plaintiff to suffer a malicious prosecution by their wrongful conduct in subjecting Plaintiff to false criminal charges, all in violation of the Fourth and Fourteenth Amendments to the United States Constitution, as well as state law.

33.   Defendants instituted criminal action against Plaintiff by way of obtaining a bench warrant for his arrest on false grounds.

34.   Plaintiff was seized from the time he was arrested through the time his charges were dismissed immediately prior to trial.

35.   Defendants did not have probable nor any cause to accuse Plaintiff of the criminal acts or seek a warrant for his arrest.

36.   The criminal action terminated in Plaintiff's favor.

37.     Defendants were in violation of the Fourth and Fourteenth Amendments of the United States Constitution, actionable through 42 U.S.C. §1983, et seq., as well as common law.

## COUNT II
### *Monell*

38.     Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

39.     Prior to the events described herein, the Philadelphia Police Department, developed and maintained policies, practices, procedures and/or customs of ignoring exculpatory evidence and/or unjustifiably relying on inherently unreliable witnesses who have obvious alternative motives, with deliberate indifference to the Constitutional rights of persons within the jurisdictional limits of the Department, which caused violations of Plaintiff's constitutional and other rights.

40.     The aforementioned policies, practices, procedures and/or customs created, encouraged, promulgated, endorsed, and/or approved by Defendant, Commissioner Charles H. Ramsey, in order to improve community-police relationships for past failures of the Philadelphia Police Department in failing to act on complaints alleged by citizens of particular minority races.

41.     The above described acts or omissions by the Defendant demonstrated a deliberate indifference to the rights of citizens, such as Plaintiff, and were the cause of the violations of Plaintiff's rights as set forth herein.

42.     Plaintiff suffered harm due to Defendants' conduct.

### V.     PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully requests this Honorable Court enter judgment in their favor and against Defendants, individually, jointly and/or severally, in an amount in excess

of seventy-five thousand dollars ($75,000), plus such other and further relief as this Honorable

Court deems necessary and just, and to Order the following relief:

      a.   Statutory damages;

      b.   Compensatory damages, including;

            i.   Damages for financial and physical injuries, including but not limited

              to wage loss and loss of earning capacity, and emotional distress;

           ii.   Attorneys' fees and expenses, and costs of suit;

      c.   Injunctive relief, including;

            i.   Monitoring and training; and

      d.   Punitive Damages.

**WEISBERG LAW**

Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esquire
*Attorneys for Plaintiffs*

Darryl Brooks                              :
1727 Widener Street                         :
Philadelphia, PA 19144                      :     NO.:   16-6136
                                            :
         Plaintiffs,                        :
                                            :
v.                                          :
                                            :
Officer Patrick J. Dooley, et al.           :          **FILED**
Individually & Official Capacity as a       :
Philadelphia Police Officer d/b/a           :          JAN 2 0 2017
Philadelphia Police Department d/b/a        :
City of Philadelphia                        :          KATE BARKMAN, Clerk
750 Race Street                             :     By _____ Dep. Clerk
Philadelphia, PA 19106                      :
                                            :
         Defendants.                        :

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 19th day of January, 2017, a

true and correct copy of the foregoing Plaintiff's First Amended Civil Action Complaint was

served via e-filing and regular mail upon the following parties:

Aaron Shotland, Esq.
City of Philadelphia Law Department
1515 Arch St., 14th Floor
Philadelphia, PA 19102

**WEISBERG LAW**

Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esquire
*Attorneys for Plaintiffs*

# Exhibit A – Court Summary


| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Supplee, Vanessa Joy** | | | DOB: 03/13/1982 | | Sex: Female | | |
| Harrisburg, PA 17110 | | | | | Eyes: Brown | | |
| Aliases: | | | | | Hair: Black | | |
| Vanessa J. Supplee | | | | | Race: Black | | |
| Vanessa Joy Supplee | | | | | | | |
| Vanessa Supplee | | | | | | | |
| Venessa Joy Supplee | | | | | | | |

## Active

### Lancaster

**CP-36-MD-0000191-2011**  Proc Status: Awaiting Disposition   DC No:   OTN:

| Arrest Dt: | Trial Dt: | Legacy No: | |
|---|---|---|---|
| Last Action: | | Last Action Date: | Last Action Room: |
| Next Action: | | Next Action Date: | Next Action Room: |

## Closed

### Dauphin

**CP-22-CR-0001416-2010**  Proc Status: Completed   DC No:   OTN:S0597855

Arrest Dt: 02/22/2010   Disp Date: 07/12/2010   Disp Judge: Bratton, Bruce F.

Def Atty: Platt, Brian Paul - (PD)

| Seq No | Statute | | Grade | Description | | | Disposition |
|---|---|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | | Program Period | | Sentence Length | |
| 1 | 18 § 2706 §§ A1 | | M1 | Terroristic Threats W/ Int To Terrorize Another | | | Guilty Plea |
| | 07/12/2010 | Probation | Other | | | Min: 18 Month(s) Max: 18 Month(s) | |
| | 11/22/2011 | Confinement | Other | | | Min: 3 Month(s) Max: 3 Month(s) | |
| | 11/22/2011 | IPP | Other | | | Min: 12 Month(s) Max: 12 Month(s) | |
| 2 | 18 § 2701 §§ A3 | | M2 | Simple Assault | | | Guilty Plea |
| | 07/12/2010 | Probation | Other | | | Min: 18 Month(s) Max: 18 Month(s) | |
| | 11/22/2011 | IPP | Other | | | Min: 12 Month(s) Max: 12 Month(s) | |

**CP-22-MD-2100354-2004**  Proc Status: Migrated Case   DC No:   OTN:

Arrest Dt:   Disp Date:   Disp Judge:

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | Migration § Migration | S | CRIM MIS/RT | |

### Lancaster

**CP-36-CR-0004260-2000**  Proc Status: Migrated Final Disposition   DC No:   OTN:H0568971

Arrest Dt:   Disp Date: 10/16/2000   Disp Judge: Ashworth, David L.

| Seq No | Statute | | Grade | Description | | Disposition |
|---|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | | Program Period | Sentence Length | |
| 1 | 18 § 3929 §§ A1 | | | Retail Theft-Take Mdse | | Guilty Plea |
| | 10/16/2000 | Probation | | | Max: 2 Year(s) | |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.



**Supplee, Vanessa Joy (Continued)**
  **Closed (Continued)**
    **Lancaster (Continued)**

**CP-36-CR-0005905-2002**    Proc Status: Migrated Case    DC No:    OTN:H6835802
Arrest Dt: 11/13/2002    Disp Date: 12/19/2002    Disp Judge: Ashworth, David L.
Def Atty: Wellener, Barrie Louise

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 2701 §§ A1 | | Simple Assault | Guilty Plea to a Lesser Charge |
| 2 | Migration § Migration | S | Endangering Welfare Of Children | Guilty Plea to a Lesser Charge |
| 3 | 18 § 2701 §§ A | M2 | Simple Assault | |
| 4 | Migration § Migration | S | Harassment/Strike, Shove, Kick, Etc. | Guilty Plea |
| 5 | 18 § 2705 | M2 | Recklessly Endangering Another Person | |

**CP-36-CR-0005906-2002**    Proc Status: Migrated Case    DC No:    OTN:H6835953
Arrest Dt: 11/18/2002    Disp Date: 12/19/2002    Disp Judge: Ashworth, David L.
Def Atty: Wellener, Barrie Louise

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| 1 | 18 § 2701 §§ A | M2 | Simple Assault | Guilty Plea |
| | 12/19/2002 | Probation | | Max: 2 Year(s) |
| 2 | 18 § 3304 §§ A1 | S | Crim Misch/Dmg Prop Intent, Reckless, Or Neglig | Guilty Plea |
| | 12/19/2002 | Probation | | Max: 3 Month(s) |
| 3 | 18 § 2701 §§ A | M2 | Simple Assault | Guilty Plea |
| | 12/19/2002 | Probation | | Max: 2 Year(s) |
| 4 | 18 § 2701 §§ A1 | | Simple Assault | Dismissed - Other |

**CP-36-MD-0000357-2000**    Proc Status: Migrated Case    DC No:    OTN:H2117850
Arrest Dt:    Disp Date: 10/02/2000    Disp Judge: Migrated, Judge
Def Atty: Spahn, Merrill M. Jr. - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 5504 §§ A2 | M3 | Harassment Commun/Address-Coarse Lang | Migrated Disposition |

**CP-36-MD-0002000-2001**    Proc Status: Migrated Case    DC No:    OTN:
Arrest Dt: 04/29/2001    Disp Date:    Disp Judge:
Def Atty: Blanck, David L. - (PR)

---

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.

# Exhibit B – Background Report

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

Your DPPA Permissible Use: No Permissible Purpose
Your GLBA Permissible Use: No Permissible Purpose
## Comprehensive Report
Date: 09/01/16

### Report processed by:
Weisberg Law PC
7 S MORTON AVE
MORTON, PA 19070
610-690-0801 Main Phone

**Report Legend:**
🅢 - Shared Address
🅓 - Deceased
✔ - Probable Current Address

### Subject Information
(Best Information for Subject)
Name: VANESSA SUPPLEE
Age:
SSN: xxx-xx-xxxx issued in
**Pennsylvania** between **1/1/1986**
and **12/31/1987**
View All SSN Sources

**AKAs**
**(Names Associated with Subject)**
V SUPPLEE
    SSN: xxx-xx-xxxx

**Indicators**

Bankruptcy: **No**
Property: **No**
Corporate Affiliations: **No**

### Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
    [None Found]

**Address Summary:**   View All Address Variation Sources

3 N 16TH ST APT A, HARRISBURG PA 17103-2352, DAUPHIN COUNTY (Sep 2004 - Dec 2006)
2128 GREEN ST, HARRISBURG PA 17110-1029, DAUPHIN COUNTY (Mar 2008 - May 2015)
330 NEW DORWART ST, LANCASTER PA 17603-5224, LANCASTER COUNTY (Jun 2010)
245 ABBEY DR, MOUNT WOLF PA 17347-9542, YORK COUNTY (May 2001 - Jun 2006)
222 E WALNUT ST, LANCASTER PA 17602-2342, LANCASTER COUNTY (Aug 2002 - May 2006)
222 E WALNUT ST, LANCASTER CITY PA 17602-2342, LANCASTER COUNTY (Oct 2002 - Feb 2003)
334 E NEW ST, LANCASTER PA 17602-2051, LANCASTER COUNTY (May 2000 - Jan 2003)

**Active Address(es):**   View All Address Variation Sources

    [None Found]

**Previous And Non-Verified Address(es):**   View All Address Variation Sources
3 N 16TH ST APT A, HARRISBURG PA 17103-2352, DAUPHIN COUNTY (Sep 2004 - Dec 2006)
    **Name Associated with Address:**
        VANESSA SUPPLEE
        717-234-3529

    **Neighborhood Profile (2010 Census)**
        Average Age: 28
        Median Household Income: $23,261
        Median Owner Occupied Home Value: $56,889
        Average Years of Education: 11
2128 GREEN ST, HARRISBURG PA 17110-1029, DAUPHIN COUNTY (Mar 2008 - May 2015)
    **Name Associated with Address:**
        V SUPPLEE
        **Current Residents at Address:**
        MYRTLE M BROWN
        GEORGE T TAYLOR JR
        717-412-7119

    **Property Ownership Information for this Address**
        **Property:**
            Parcel Number - 10-062-013
            Book - 6260
            Page - 449
            Owner Name: JASON LUCAS

Property Address: - 2128 GREEN ST, HARRISBURG PA 17110-1029, DAUPHIN COUNTY
Sale Date - 10/19/2005
Sale Price - $33,000
Land Usage - APARTMENT
Subdivision Name   CHAMBERS WOODS
Total Market Value - $37,900
Assessed Value - $37,900
Land Value - $9,600
Improvement Value - $28,300
Land Size - 1,785 Square Feet
Year Built - 1900
Seller Name: DEUTSCHE BANK NATL TRUST CO
Data Source - A

**Neighborhood Profile (2010 Census)**
Average Age: 30
Median Household Income: $43,534
Median Owner Occupied Home Value: $56,333
Average Years of Education: 13

330 NEW DORWART ST, LANCASTER PA 17603-5224, LANCASTER COUNTY (Jun 2010)
**Name Associated with Address:**
VANESSA SUPPLEE
**Current Residents at Address:**
PATRICIA ANN CEASER
ROBERT SINGLETON JONES
ROBERT JONES
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 338-37577-0-0000
Owner Name: ROBERT S JONES
Property Address: - 330 NEW DORWART ST, LANCASTER PA 17603-5224, LANCASTER
COUNTY
Owner Address: 330 NEW DORWART ST, LANCASTER PA 17603-5224, LANCASTER COUNTY
Sale Date - 05/14/2004
Sale Price - $48,000
Assessed Value - $57,200
Land Size - 1,742 Square Feet
Year Built - 1925
Seller Name: RICHARD L REYNOLDS
Data Source - A

**Neighborhood Profile (2010 Census)**
Average Age: 29
Median Household Income: $32,462
Median Owner Occupied Home Value: $73,000
Average Years of Education: 12

245 ABBEY DR, MOUNT WOLF PA 17347-9542, YORK COUNTY (May 2001 - Jun 2006)
**Name Associated with Address:**
VANESSA SUPPLEE
**Current Residents at Address:**
JUSTIN R KOONTZ
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 26-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-00-00000
Book - 1727
Page - 2987
Owner Name: JUSTIN KOONTZ
Property Address: - 245 ABBEY DR, MOUNT WOLF PA 17347-9542, YORK COUNTY
Owner Address: 245 ABBEY DR, MOUNT WOLF PA 17347-9542, YORK COUNTY
Sale Date - 05/26/2005
Sale Price - $128,000
Land Usage - SFR
Subdivision Name - ASBURY POINTE
Total Market Value - $143,630
Assessed Value - $143,630
Land Value - $40,000
Improvement Value - $103,630
Land Size - 10,000 Square Feet
Year Built - 1998
Legal Description - LOT 151 ASBURY POINTE PP MM-716 MM-993
Data Source - A

**Neighborhood Profile (2010 Census)**
Average Age: 32
Median Household Income: $77,627
Median Owner Occupied Home Value: $177,273
Average Years of Education: 13

222 E WALNUT ST, LANCASTER PA 17602-2342, LANCASTER COUNTY (Aug 2002 - May 2006)
**Name Associated with Address:**
VANESSA SUPPLEE
**Current Residents at Address:**
MICHAEL J TEARPOCK
BEERMAN DONN TALARICO
**Property Ownership Information for this Address**

**Property:**
　Parcel Number - 336-07148-0-0000
　Owner Name: CARSON ZIRKLE
　Owner Name 2: JUDITH ZIRKLE
　Property Address: - 222 E WALNUT ST, LANCASTER PA 17602-2342, LANCASTER COUNTY
　Sale Date - 02/28/2013
　Sale Price - $126,000
　Total Market Value - $93,200
　Assessed Value - $93,200
　Land Value - $21,300
　Improvement Value - $71,900
　Land Size - 1,742 Square Feet
　Year Built - 1858
　Seller Name: CARLOS A RALAT
　Legal Description - 222 E WALNUT ST
　Loan Amount - $88,200
　Loan Type - CONVENTIONAL
　Lender Name - MORTGAGE NETWORK INC
　Data Source - A
**Neighborhood Profile (2010 Census)**
　Average Age: 30
　Median Household Income: $38,425
　Median Owner Occupied Home Value: $98,393
　Average Years of Education: 12

222 E WALNUT ST, LANCASTER CITY PA 17602-2342, LANCASTER COUNTY (Oct 2002 - Feb 2003)
**Name Associated with Address:**
　VANESSA SUPPLEE
**Current Residents at Address:**
　MICHAEL J TEARPOCK
　BEERMAN DONN TALARICO
　717-295-9374

334 E NEW ST, LANCASTER PA 17602-2051, LANCASTER COUNTY (May 2000 - Jan 2003)
**Name Associated with Address:**
　VANESSA SUPPLEE
**Current Residents at Address:**
　TRACEY D COMPTON
　SHANA L PETERS
　HENRY CHRISTIAN RAUSER JR
　RAYMOND J RUIZ JR
　ARNOLD D BROWN
　JUAN C CARRION
　SCOTT WILLIAM ORECHIWSKY
　ERIC WRIGHT
**Property Ownership Information for this Address**
**Property:**
　Parcel Number - 336-44473-0-0000
　Owner Name: SEAN DAVID KERR
　Property Address: - 334 E NEW ST, LANCASTER PA 17602-2051, LANCASTER COUNTY
　Sale Date - 01/05/2007
　Sale Price - $92,000
　Total Market Value - $98,000
　Assessed Value - $98,000
　Land Value - $17,400
　Improvement Value - $80,600
　Land Size - 6,098 Square Feet
　Year Built - 1900
　Seller Name: NICHOLAS P KEARES
　Seller Name 2: CYNTHIA KEARES
　Legal Description - 334 E NEW ST
　Loan Amount - $73,600
　Loan Type - CONVENTIONAL
　Lender Name - NEW CENTURY MTG CORP
　Data Source - A
**Neighborhood Profile (2010 Census)**
　Average Age: 34
　Median Household Income: $33,906
　Median Owner Occupied Home Value: $80,882
　Average Years of Education: 12

**Bankruptcies:**

[None Found]

**Liens and Judgments:**

Filing Number:  LT000085402
Filing Type:  SMALL CLAIMS JUDGMENT
Location:  LANCASTER CNTY DIST JUSTICE 02-2-04

State:  PA
Original Filing Date: 12/6/2002
Amount: $84
Debtor Name: VANESSA SUPPLEE
Debtor SSN: xxx-xx-xxxx
Debtor Address: 222 E WALNUT ST # 1, LANCASTER PA 17602-2342
Creditor: MASTROS REAL ESTATE

Filing Number:   LT-0000854-02
Filing Type:  LANDLORD TENANT JUDGMENT
Location:  MUNICIPAL COURT PHILADELPHIA & DISTRICT MAGISTRATE COURT
State:  PA
Original Filing Date: 12/6/2002
Amount:
Debtor Name: VANESSA SUPPLEE
Debtor SSN: xxx-xx-xxxx
Debtor Address: 222 E WALNUT ST, LANCASTER PA 17602-2342
Creditor: MASTROS REAL ESTATE

Filing Number:   LT000085402
Filing Type:  CIVIL NEW FILING
Location:  LANCASTER CNTY DIST JUSTICE 02-2-04
State:  PA
Original Filing Date: 11/22/2002
Amount:
Debtor Name: VANESSA SUPPLEE
Debtor SSN: xxx-xx-xxxx
Debtor Address: 222 E WALNUT ST # 1, LANCASTER PA 17602-2342
Creditor: MASTROS REAL ESTATE


## UCC Filings:
[None Found]

## Phones Plus:
### Phones Plus1
Name: V SUPPLEE
Address: 2128 GREEN ST, HARRISBURG PA 17110-1029
Phone Number:  717-468-5876 - EDT
Phone Type: Mobile
Carrier: NEW CINGULAR WRLS DC - (LANCASTER, PA)

### Phones Plus2
Name: V SUPPLEE
Address: 2128 GREEN ST, HARRISBURG PA 17110-1029
Phone Number:  717-799-6935 - EDT
Phone Type: Mobile
Carrier: NEW CINGULAR WRLS DC - (LANCASTER, PA)

### Phones Plus3
Name: V SUPPLEE
Address: 2128 GREEN ST, HARRISBURG PA 17110-1029
Phone Number:  717-799-6936 - EDT
Phone Type: Mobile
Carrier: NEW CINGULAR WRLS DC - (LANCASTER, PA)

## People at Work:
*Maximum 50 People at Work records returned*

[None Found]

## Possible Properties Owned by Subject:
[None Found]

## Watercraft:
[None Found]

## FAA Certifications:
[None Found]

## FAA Aircrafts:
[None Found]

## Possible Criminal Records:
### Pennsylvania Court:
Name: VANESSA JOY SUPPLEE
SSN: xxx-xx-xxxx
Address: LANCASTER, PA 17603
State of Origin: Pennsylvania
DOB: 03/xx/1982

Case Number: MJ-02101-TR-0005654-2012
Case Type Description: TRAFFIC

**Offenses:**
    **Offense #1**
      Offense Date: 12/04/2012
      Court Case Number: MJ-02101-TR-0005654-2012
      Court Offense: CARELESS DRIVING
      Court Statute: 75.3714.A
      Court Disposition: GUILTY PLEA
      Court Disposition Date: 01/30/2013
      Court Level/Degree: TRAFFIC


**Court Activity:**
    [NONE FOUND]

**Pennsylvania Court:**
    Name: VANESSA JOY SUPPLEE
    SSN: xxx-xx-xxxx
    Address: LANCASTER, PA 17603
    State of Origin: Pennsylvania
    DOB: 03/xx/1982
    Race: BLACK
    Sex: Female

    Case Number: MJ-02101-NT-0002378-2012
    Case Type Description: NON-TRAFFIC

**Offenses:**
    **Offense #1**
      Offense Date: 10/25/2012
      Court Case Number: MJ-02101-NT-0002378-2012
      Court Offense: DISORDER CONDUCT HAZARDOUS/PHYSI OFF
      Court Statute: 18.5503.A4
      Court Disposition: GUILTY PLEA
      Court Disposition Date: 01/30/2013


**Court Activity:**
    [NONE FOUND]

**Pennsylvania Court:**
    Name: VANESSA JOY SUPPLEE
    SSN: xxx-xx-xxxx
    Address: LANCASTER, PA 17603
    State of Origin: Pennsylvania
    DOB: 03/xx/1982

    Case Number: MJ-02101-TR-0004873-2012
    Case Type Description: TRAFFIC

**Offenses:**
    **Offense #1**
      Offense Date: 10/25/2012
      Court Case Number: MJ-02101-TR-0004873-2012
      Court Offense: DR UNREGIST VEH
      Court Statute: 75.1301.A
      Court Disposition: GUILTY PLEA
      Court Disposition Date: 11/07/2012
      Court Level/Degree: TRAFFIC


**Court Activity:**
    [NONE FOUND]

**Pennsylvania Court:**
    Name: VANESSA J SUPPLEE
    SSN: xxx-xx-xxxx
    Address: HARRISBURG, PA 17104
    State of Origin: Pennsylvania
    DOB: 03/xx/1982
    Race: BLACK
    Sex: Female

    Case Number: MJ-02101-NT-0002100-2012
    Case Type Description: NON-TRAFFIC

**Offenses**:
   **Offense #1**
   Offense Date: 10/25/2012
   Court Case Number: MJ-02101-NT-0002100-2012
   Court Offense: DISORDERLY CONDUCT-UNREASONABLE NOISE
   Court Statute: 18.5503.A2
   Court Disposition: GUILTY PLEA
   Court Disposition Date: 11/07/2012


**Court Activity:**
   [NONE FOUND]

**Pennsylvania Court:**
   Name: VANESSA J SUPPLEE
   SSN: xxx-xx-xxxx
   Address: HARRISBURG, PA 17104
   State of Origin: Pennsylvania
   DOB: 03/xx/1982
   Race: BLACK
   Sex: Female

   Case Number: MJ-12205-TR-0001705-2011
   Case Type Description: TRAFFIC

   **Offenses**:
      **Offense #1**
      Offense Date: 11/01/2011
      Court Case Number: MJ-12205-TR-0001705-2011
      Court Offense: DISPLAY PLATE CARD IN IMPROP VEH
      Court Statute: 75.1372.3
      Court Disposition: DISMISSED
      Court Disposition Date: 12/29/2011
      Court Level/Degree: TRAFFIC


**Court Activity:**
   [NONE FOUND]

**Pennsylvania Court:**
   Name: VANESSA J SUPPLEE
   SSN: xxx-xx-xxxx
   Address: HARRISBURG, PA 17104
   State of Origin: Pennsylvania
   DOB: 03/xx/1982
   Race: BLACK
   Sex: Female

   Case Number: MJ-12205-TR-0001706-2011
   Case Type Description: TRAFFIC

   **Offenses**:
      **Offense #1**
      Offense Date: 11/04/2011
      Court Case Number: MJ-12205-TR-0001706-2011
      Court Offense: ABANDONING VEH ON HIGHWAY
      Court Statute: 75.3712.A
      Court Disposition: DISMISSED
      Court Disposition Date: 12/29/2011
      Court Level/Degree: TRAFFIC


**Court Activity:**
   [NONE FOUND]

**Pennsylvania Court:**
   Name: VANESSA J SUPPLEE
   SSN: xxx-xx-xxxx
   Address: HARRISBURG, PA 17104
   State of Origin: Pennsylvania
   DOB: 03/xx/1982
   Sex: Female

   Case Number: MJ-12203-TR-0001608-2011
   Case Type Description: TRAFFIC

   **Offenses**:
      **Offense #1**
      Offense Date: 08/01/2011

Court Case Number: MJ-12203-TR-0001608-2011
Court Offense: CARELESS DRIVING
Court Statute: 75.3714.A
Court Disposition: WITHDRAWN
Court Disposition Date: 03/02/2015
Court Level/Degree: TRAFFIC

**Court Activity:**
  [NONE FOUND]

**Pennsylvania Court:**
  Name: VANESSA JOY SUPPLEE
  SSN: xxx-xx-xxxx
  Address: LANCASTER, PA 17603
  State of Origin: Pennsylvania
  DOB: 03/xx/1982
  Race: BLACK
  Sex: Female

  Case Number: MJ-12104-NT-0001693-2010
  Case Type Description: NON-TRAFFIC

**Offenses**:
    **Offense #1**
    Offense Date: 11/07/2010
    Court Case Number: MJ-12104-NT-0001693-2010
    Court Offense: DEF TRES ACTUAL COMMUNICATION TO
    Court Statute: 18.3503.B1I
    Court Disposition: GUILTY PLEA
    Court Disposition Date: 12/13/2010

**Court Activity:**
  [NONE FOUND]

**Pennsylvania Court:**
  Name: VANESSA JOY SUPPLEE
  SSN: xxx-xx-xxxx
  Address: LANCASTER, PA 17603
  State of Origin: Pennsylvania
  DOB: 03/xx/1982
  Race: BLACK
  Sex: Female

  Case Number: MJ-12104-NT-0001694-2010
  Case Type Description: NON-TRAFFIC

**Offenses**:
    **Offense #1**
    Offense Date: 11/07/2010
    Court Case Number: MJ-12104-NT-0001694-2010
    Court Offense: HARASSMENT - SUBJECT OTHER TO PHYSICAL CONTACT
    Court Statute: 18.2709.A1
    Court Disposition: GUILTY PLEA
    Court Disposition Date: 12/13/2010

**Court Activity:**
  [NONE FOUND]

**Pennsylvania Court:**
  Name: VANESSA JOY SUPPLEE
  SSN: xxx-xx-xxxx
  Address: LANCASTER, PA 17603
  State of Origin: Pennsylvania
  DOB: 03/xx/1982
  Race: BLACK
  Sex: Female

  Case Number: MJ-12104-NT-0001695-2010
  Case Type Description: NON-TRAFFIC

**Offenses**:
    **Offense #1**
    Offense Date: 11/07/2010
    Court Case Number: MJ-12104-NT-0001695-2010
    Court Offense: CRIM MISCH/DMG PROP INTENT, RECKLESS, OR NEGLIG
    Court Statute: 18.3304.A1
    Court Disposition: GUILTY PLEA

Court Disposition Date: 12/13/2010

**Court Activity:**
  [NONE FOUND]

**Pennsylvania Court:**
  Name: VANESSA JOY SUPPLEE
  SSN: xxx-xx-xxxx
  Address: HARRISBURG, PA 17110
  State of Origin: Pennsylvania
  DOB: 03/xx/1982

  Case Number: NT-0001693-10

  **Offenses**:
    **Offense #1**
    Offense Date: 11/07/2010
    Court Case Number: NT-0001693-10
    Court Offense: DEF TRES ACTUAL COMMUNICATION TO
    Court Disposition: GUILTY PLEA
    Court Disposition Date: 12/13/2010

  **Court Activity:**
    [NONE FOUND]

**Pennsylvania Court:**
  Name: VANESSA JOY SUPPLEE
  SSN: xxx-xx-xxxx
  Address: HARRISBURG, PA 17110
  State of Origin: Pennsylvania
  DOB: 03/xx/1982

  Case Number: NT-0001694-10

  **Offenses**:
    **Offense #1**
    Offense Date: 11/07/2010
    Court Case Number: NT-0001694-10
    Court Offense: HARASSMENT - SUBJECT OTHER TO PHYSICAL CONTACT
    Court Disposition: GUILTY PLEA
    Court Disposition Date: 12/13/2010

  **Court Activity:**
    [NONE FOUND]

**Pennsylvania Court:**
  Name: VANESSA JOY SUPPLEE
  SSN: xxx-xx-xxxx
  Address: HARRISBURG, PA 17110
  State of Origin: Pennsylvania
  DOB: 03/xx/1982

  Case Number: NT-0001695-10

  **Offenses**:
    **Offense #1**
    Offense Date: 11/07/2010
    Court Case Number: NT-0001695-10
    Court Offense: CRIM MISCH/DMG PROP INTENT, RECKLESS, OR NEGLIG
    Court Disposition: GUILTY PLEA
    Court Disposition Date: 12/13/2010

  **Court Activity:**
    [NONE FOUND]

**Pennsylvania Court:**
  Name: VANESSA JOY SUPPLEE
  SSN: xxx-xx-xxxx
  Address: LANCASTER, PA 17603
  State of Origin: Pennsylvania
  DOB: 03/xx/1982
  Race: BLACK
  Sex: Female

  Case Number: MJ-12102-TR-0001572-2010
  Case Type Description: TRAFFIC

**Offenses:**
    **Offense #1**
        Offense Date: 04/15/2010
        Court Case Number: MJ-12102-TR-0001572-2010
        Court Offense: NO PARKING ALLOWED ON SIDE OF STREET BEING CLEANED
        Court Statute: LO.3-131.3D
        Court Disposition: GUILTY PLEA
        Court Disposition Date: 11/04/2010
        Court Level/Degree: TRAFFIC

**Court Activity:**
    [NONE FOUND]

**Pennsylvania Court:**
    Name: VANESSA JOY SUPPLEE
    SSN: xxx-xx-xxxx
    Address: LANCASTER, PA 17603
    State of Origin: Pennsylvania
    DOB: 03/xx/1982

    Case Number: MJ-02309-TR-0000270-2010
    Case Type Description: TRAFFIC

**Offenses:**
    **Offense #1**
        Offense Date: 03/25/2010
        Court Case Number: MJ-02309-TR-0000270-2010
        Court Offense: EXCEED 65 MPH FOR ALL VEHICLES BY 16 MPH
        Court Statute: 75.3362.A1.1-16
        Court Disposition: GUILTY PLEA
        Court Disposition Date: 04/07/2010
        Court Level/Degree: TRAFFIC

**Court Activity:**
    [NONE FOUND]

**Pennsylvania Court:**
    Name: VANESSA JOY SUPPLEE
    SSN: xxx-xx-xxxx
    Address: HARRISBURG, PA 17110
    State of Origin: Pennsylvania
    DOB: 03/xx/1982
    Race: BLACK
    Sex: Female

    Case Number: CP-22-CR-0001416-2010
    Case Type Description: CRIMINAL

**Offenses:**
    **Offense #1**
        Offense Date: 02/22/2010
        Court Case Number: CP-22-CR-0001416-2010
        Court Offense: TERRORISTIC THREATS W/ INT TO TERRORIZE ANOTHER
        Court Disposition: GUILTY PLEA
        Court Disposition Date: 07/12/2010
        Court Level/Degree: FIRST DEGREE MISDEMEANOR

    **Offense #2**
        Offense Date: 02/22/2010
        Court Case Number: CP-22-CR-0001416-2010
        Court Offense: SIMPLE ASSAULT
        Court Disposition: GUILTY PLEA
        Court Disposition Date: 07/12/2010
        Court Level/Degree: SECOND DEGREE MISDEMEANOR

**Court Activity:**
    [NONE FOUND]

**Pennsylvania Court:**
    Name: VANESSA J SUPPLEE
    SSN: xxx-xx-xxxx
    Address: HARRISBURG, PA 17110
    State of Origin: Pennsylvania

DOB: 03/xx/1982

Case Number: TR-0000591-10

**Offenses:**
**Offense #1**
Offense Date: 03/01/2010
Court Case Number: TR-0000591-10
Court Offense: CARELESS DRIVING
Court Disposition: GUILTY PLEA
Court Disposition Date: 04/05/2010
Court Level/Degree: TRAFFIC

**Court Activity:**
[NONE FOUND]

**Pennsylvania Court:**
Name: VANESSA SUPPLEE
SSN: xxx-xx-xxxx
Address: HARRISBURG, PA 17110
State of Origin: Pennsylvania
DOB: 03/xx/1982
Sex: Female

Case Number: MJ-12105-TR-0000591-2010
Case Type Description: TRAFFIC

**Offenses:**
**Offense #1**
Offense Date: 03/01/2010
Court Case Number: MJ-12105-TR-0000591-2010
Court Offense: CARELESS DRIVING
Court Statute: 75.3714.A
Court Disposition: GUILTY PLEA
Court Disposition Date: 04/05/2010
Court Level/Degree: TRAFFIC

**Court Activity:**
[NONE FOUND]

**Pennsylvania Court:**
Name: VANESSA SUPPLEE
SSN: xxx-xx-xxxx
Address: HARRISBURG, PA 17110
State of Origin: Pennsylvania
DOB: 03/xx/1982
Sex: Female

Case Number: MJ-12105-TR-0000593-2010
Case Type Description: TRAFFIC

**Offenses:**
**Offense #1**
Offense Date: 03/01/2010
Court Case Number: MJ-12105-TR-0000593-2010
Court Offense: OPER VEH W/O REQ'D FINANC RESP
Court Statute: 75.1786.F
Court Disposition: GUILTY PLEA
Court Disposition Date: 04/05/2010
Court Level/Degree: TRAFFIC

**Court Activity:**
[NONE FOUND]

**Pennsylvania Court:**
Name: VANESSA SUPPLEE
SSN: xxx-xx-xxxx
Address: A, COLUMBIA PA 17512
State of Origin: Pennsylvania
DOB: 03/xx/1982

Case Number: TR-0000593-10

**Offenses:**
**Offense #1**

Offense Date: 03/01/2010
Court Case Number: TR-0000593-10
Court Offense: OPER VEH W/O REQ'D FINANC RESP
Court Disposition: GUILTY PLEA
Court Disposition Date: 04/05/2010
Court Level/Degree: TRAFFIC

**Court Activity:**
[NONE FOUND]

**Pennsylvania Court:**
Name: VANESSA J SUPPLEE
SSN: xxx-xx-xxxx
Address: HARRISBURG, PA 17110
State of Origin: Pennsylvania

Case Number: MJ-12104-TR-0003922-2009
Case Type Description: TRAFFIC

**Offenses:**
**Offense #1**
Offense Date: 10/27/2009
Court Case Number: MJ-12104-TR-0003922-2009
Court Offense: EXTENDED OT PARKING UNLAWFUL IN DESIGNATED AREAS
Court Statute: LO.3-133.13
Court Disposition: GUILTY PLEA
Court Disposition Date: 04/05/2010
Court Level/Degree: TRAFFIC

**Court Activity:**
[NONE FOUND]

**Pennsylvania Court:**
Name: VANESSA J SUPPLEE
SSN: xxx-xx-xxxx
Address: HARRISBURG, PA 17110
State of Origin: Pennsylvania

Case Number: TR-0003922-09

**Offenses:**
**Offense #1**
Offense Date: 10/27/2009
Court Case Number: TR-0003922-09
Court Offense: EXTENDED OT PARKING UNLAWFUL IN DESIGNATED AREAS
Court Disposition: GUILTY PLEA
Court Disposition Date: 04/05/2010
Court Level/Degree: TRAFFIC

**Court Activity:**
[NONE FOUND]

**Pennsylvania Court:**
Name: VANESSA J SUPPLEE
SSN: xxx-xx-xxxx
Address: HARRISBURG, PA 17110
State of Origin: Pennsylvania
DOB: 03/xx/1982

Case Number: NT-0000256-09

**Offenses:**
**Offense #1**
Offense Date: 06/13/2009
Court Case Number: NT-0000256-09
Court Offense: CRIMINAL MISCHIEF - DAMAGE PROPERTY - SUMMARY CASE
Court Disposition: WITHDRAWN
Court Disposition Date: 06/29/2009

**Court Activity:**
[NONE FOUND]

**Pennsylvania Court:**
Name: VANESSA SUPPLEE

SSN: xxx-xx-xxxx
Address: HARRISBURG, PA 17110
State of Origin: Pennsylvania
DOB: 03/xx/1982
Sex: Female

Case Number: MJ-12204-NT-0000256-2009
Case Type Description: NON-TRAFFIC

**Offenses**:
**Offense #1**
Offense Date: 06/13/2009
Court Case Number: MJ-12204-NT-0000256-2009
Court Offense: CRIMINAL MISCHIEF - DAMAGE PROPERTY
Court Statute: 18.3304.A5
Court Disposition: WITHDRAWN
Court Disposition Date: 06/29/2009

**Court Activity:**
[NONE FOUND]

**Pennsylvania Court:**
Name: VANESSA SUPPLEE
SSN: xxx-xx-xxxx
Address: LANCASTER, PA 17602
State of Origin: Pennsylvania
DOB: 03/xx/1982
Race: BLACK
Sex: Female

Case Number: MJ-02201-NT-0002345-2003
Case Type Description: NON-TRAFFIC

**Offenses**:
**Offense #1**
Offense Date: 08/06/2003
Court Case Number: MJ-02201-NT-0002345-2003
Court Offense: HARASSMENT - SUBJECT OTHER TO PHYSICAL CONTACT
Court Statute: 18.2709.A1
Court Disposition: DISMISSED
Court Disposition Date: 10/12/2012

**Court Activity:**
[NONE FOUND]

**Pennsylvania Arrest Report:**
Name: VANESSA JOY SUPPLEE
SSN: xxx-xx-xxxx
State of Origin: Pennsylvania
County of Origin: LANCASTER
DOB: 03/xx/1982
Race: BLACK
Sex: Female

**Arrests**:

**Arrest #1**
Case Type:                                          Offense: **NOT SPECIFIED**
Arrest Date:                                        Arrest Statute:
Arresting Agency:                                   Agency Case #:
Arrest Type:                                        Arrest Level/Degree:
Arrest Disposition Date:                            Arrest Disposition:
Court Fine:

**Pennsylvania Court:**
Name: VANESSA JOY SUPPLEE
SSN: xxx-xx-xxxx
Address: LANCASTER, PA 17603
State of Origin: Pennsylvania
DOB: 03/xx/1982
Race: BLACK
Sex: Female

Case Number: MJ-02101-CR-0000622-2012
Case Type Description: CRIMINAL

**Offenses**:

**Offense #1**
Offense Date: 10/25/2012
Court Case Number: MJ-02101-CR-0000622-2012
Court Offense: DISORDERLY CONDUCT-UNREASONABLE NOISE
Court Statute: 18.5503.A2
Court Disposition: CHARGE CHANGED
Court Disposition Date: 01/30/2013
Court Level/Degree: THIRD DEGREE MISDEMEANOR

**Offense #2**
Offense Date: 10/25/2012
Court Case Number: MJ-02101-CR-0000622-2012
Court Offense: DISORDER CONDUCT HAZARDOUS/PHYSI OFF
Court Statute: 18.5503.A4
Court Disposition: MOVE TO NON-TRAFFIC
Court Disposition Date: 01/30/2013

**Court Activity:**
  [NONE FOUND]

**Pennsylvania Court:**
  Name: VANESSA JOY SUPPLEE
  SSN: xxx-xx-xxxx
  Address: LANCASTER, PA 17603
  State of Origin: Pennsylvania
  DOB: 03/xx/1982
  Race: BLACK
  Sex: Female

  Case Number: MJ-12102-CR-0000069-2010
  Case Type Description: CRIMINAL

**Offenses:**
  **Offense #1**
  Offense Date: 02/22/2010
  Court Case Number: MJ-12102-CR-0000069-2010
  Court Offense: TERRORISTIC THREATS W/ INT TO TERRORIZE ANOTHER
  Court Statute: 18.2706.A1
  Court Disposition: WAIVED FOR COURT
  Court Disposition Date: 03/25/2010

  **Offense #2**
  Offense Date: 02/22/2010
  Court Case Number: MJ-12102-CR-0000069-2010
  Court Offense: SIMPLE ASSAULT
  Court Statute: 18.2701.A3
  Court Disposition: WAIVED FOR COURT
  Court Disposition Date: 03/25/2010
  Court Level/Degree: THIRD DEGREE MISDEMEANOR

  **Offense #3**
  Offense Date: 02/22/2010
  Court Case Number: MJ-12102-CR-0000069-2010
  Court Offense: CRIMINAL MISCHIEF - DAMAGE PROPERTY
  Court Statute: 18.3304.A5
  Court Disposition: WITHDRAWN
  Court Disposition Date: 03/25/2010

**Court Activity:**
  [NONE FOUND]

**Pennsylvania Court:**
  Name: VANESSA JOY SUPPLEE
  SSN: xxx-xx-xxxx
  Address: LANCASTER, PA 17603
  State of Origin: Pennsylvania
  DOB: 03/xx/1982
  Race: BLACK
  Sex: Female

  Case Number: MJ-12102-CR-0000359-2010
  Case Type Description: CRIMINAL

**Offenses:**

**Offense #1**
Offense Date: 10/11/2010
Court Case Number: MJ-12102-CR-0000359-2010
Court Offense: CARELESS DRIVING
Court Statute: 75.3714.A
Court Disposition: GUILTY PLEA
Court Disposition Date: 11/04/2010

**Offense #2**
Offense Date: 10/11/2010
Court Case Number: MJ-12102-CR-0000359-2010
Court Offense: DISORDER CONDUCT HAZARDOUS/PHYSI OFF
Court Statute: 18.5503.A4
Court Disposition: GUILTY PLEA
Court Disposition Date: 11/04/2010

**Offense #3**
Offense Date: 10/11/2010
Court Case Number: MJ-12102-CR-0000359-2010
Court Offense: ACCI DAM TO UNATTENDED VEH OR PROPERT
Court Statute: 75.3745.A
Court Disposition: WITHDRAWN
Court Disposition Date: 11/04/2010

**Offense #4**
Offense Date: 10/11/2010
Court Case Number: MJ-12102-CR-0000359-2010
Court Offense: DRIV WHILE OPER PRIV SUSP OR REVOKED
Court Statute: 75.1543.A
Court Disposition: WITHDRAWN
Court Disposition Date: 11/04/2010

**Offense #5**
Offense Date: 10/11/2010
Court Case Number: MJ-12102-CR-0000359-2010
Court Offense: DRIVING W/O A LICENSE
Court Statute: 75.1501.A
Court Disposition: WITHDRAWN
Court Disposition Date: 11/04/2010

**Offense #6**
Offense Date: 10/11/2010
Court Case Number: MJ-12102-CR-0000359-2010
Court Offense: RECKLESS DRIVING
Court Statute: 75.3736.A
Court Disposition: WITHDRAWN
Court Disposition Date: 11/04/2010

**Offense #7**
Offense Date: 10/11/2010
Court Case Number: MJ-12102-CR-0000359-2010
Court Offense: USE/POSS OF DRUG PARAPH
Court Statute: 35.780-113.A32
Court Disposition: WITHDRAWN
Court Disposition Date: 11/04/2010
Court Level/Degree: MISDEMEANOR

**Offense #8**
Offense Date: 10/11/2010
Court Case Number: MJ-12102-CR-0000359-2010
Court Offense: ACCIDENT INVOLV DAMAGE ATTENDED VEHICLE/PROP
Court Statute: 75.3743.A
Court Disposition: WITHDRAWN
Court Disposition Date: 11/04/2010
Court Level/Degree: THIRD DEGREE MISDEMEANOR

**Court Activity:**
[NONE FOUND]

**Pennsylvania Court:**
Name: VANESSA JOY SUPPLEE

SSN: xxx-xx-xxxx
Address: LANCASTER, PA 17603
State of Origin: Pennsylvania
DOB: 03/xx/1982
Race: BLACK
Sex: Female

Case Number: MJ-12104-CR-0000708-2010
Case Type Description: CRIMINAL

**Offenses:**
    **Offense #1**
        Offense Date: 11/07/2010
        Court Case Number: MJ-12104-CR-0000708-2010
        Court Offense: BURGLARY
        Court Statute: 18.3502.A
        Court Disposition: CHARGE CHANGED
        Court Disposition Date: 12/13/2010
        Court Level/Degree: FIRST DEGREE FELONY


    **Offense #2**
        Offense Date: 11/07/2010
        Court Case Number: MJ-12104-CR-0000708-2010
        Court Offense: CRIM MISCH/DMG PROP INTENT, RECKLESS, OR NEGLIG
        Court Statute: 18.3304.A1
        Court Disposition: MOVE TO NON-TRAFFIC
        Court Disposition Date: 12/13/2010


    **Offense #3**
        Offense Date: 11/07/2010
        Court Case Number: MJ-12104-CR-0000708-2010
        Court Offense: DEF TRES ACTUAL COMMUNICATION TO
        Court Statute: 18.3503.B11
        Court Disposition: MOVE TO NON-TRAFFIC
        Court Disposition Date: 12/13/2010


    **Offense #4**
        Offense Date: 11/07/2010
        Court Case Number: MJ-12104-CR-0000708-2010
        Court Offense: HARASSMENT - SUBJECT OTHER TO PHYSICAL CONTACT
        Court Statute: 18.2709.A1
        Court Disposition: MOVE TO NON-TRAFFIC
        Court Disposition Date: 12/13/2010


  **Court Activity:**
   [NONE FOUND]

**Pennsylvania Court:**
    Name: VANESSA SUPPLEE
    SSN: xxx-xx-xxxx
    Address: A, COLUMBIA PA 17512
    State of Origin: Pennsylvania
    DOB: 03/xx/1982

    Case Number: CR-0000069-10

  **Offenses:**
    **Offense #1**
        Offense Date: 02/22/2010
        Court Case Number: CR-0000069-10
        Court Offense: SIMPLE ASSAULT
        Court Disposition: WAIVE OF PRELIM HEAR
        Court Disposition Date: 03/25/2010


    **Offense #2**
        Offense Date: 02/22/2010
        Court Case Number: CR-0000069-10
        Court Offense: TERRORISTIC THREATS W/ INT TO TERRORIZE ANOTHER
        Court Disposition: WAIVE OF PRELIM HEAR
        Court Disposition Date: 03/25/2010


    **Offense #3**
        Offense Date: 02/22/2010
        Court Case Number: CR-0000069-10

Court Offense: CRIMINAL MISCHIEF - DAMAGE PROPERTY - SUMMARY CASE
Court Disposition: WITHDRAWN
Court Disposition Date: 03/25/2010

**Court Activity:**
[NONE FOUND]

**Pennsylvania Court:**
Name: VANESSA SUPPLEE
SSN: xxx-xx-xxxx
Address: A, COLUMBIA PA 17512
State of Origin: Pennsylvania
DOB: 03/xx/1982

Case Number: CR-0000325-00

**Offenses:**
**Offense #1**
Offense Date: 08/10/2000
Court Case Number: CR-0000325-00
Court Offense: RETAIL THEFT-TAKE MDSE
Court Disposition: WAIVE OF PRELIM HEAR
Court Disposition Date: 09/29/2000

**Court Activity:**
[NONE FOUND]

**Pennsylvania Court:**
Name: VANESSA SUPPLEE
SSN: xxx-xx-xxxx
Address: A, COLUMBIA PA 17512
State of Origin: Pennsylvania
DOB: 03/xx/1982

Case Number: CR-0000359-10

**Offenses:**
**Offense #1**
Offense Date: 10/11/2010
Court Case Number: CR-0000359-10
Court Offense: CARELESS DRIVING
Court Disposition: GUILTY PLEA
Court Disposition Date: 11/04/2010

**Offense #2**
Offense Date: 10/11/2010
Court Case Number: CR-0000359-10
Court Offense: DISORDER CONDUCT HAZARDOUS/PHYSI OFF - SUMMARY
Court Disposition: GUILTY PLEA
Court Disposition Date: 11/04/2010

**Offense #3**
Offense Date: 10/11/2010
Court Case Number: CR-0000359-10
Court Offense: ACCI DAM TO UNATTENDED VEH OR PROPERT
Court Disposition: WITHDRAWN
Court Disposition Date: 11/04/2010

**Offense #4**
Offense Date: 10/11/2010
Court Case Number: CR-0000359-10
Court Offense: ACCIDENT INVOLV DAMAGE ATTENDED VEHICLE/PROP
Court Disposition: WITHDRAWN
Court Disposition Date: 11/04/2010

**Offense #5**
Offense Date: 10/11/2010
Court Case Number: CR-0000359-10
Court Offense: DRIV WHILE OPER PRIV SUSP OR REVOKED
Court Disposition: WITHDRAWN
Court Disposition Date: 11/04/2010

**Offense #6**
Offense Date: 10/11/2010

Court Case Number: CR-0000359-10
Court Offense: DRIVING W/O A LICENSE
Court Disposition: WITHDRAWN
Court Disposition Date: 11/04/2010

**Offense #7**
Offense Date: 10/11/2010
Court Case Number: CR-0000359-10
Court Offense: RECKLESS DRIVING
Court Disposition: WITHDRAWN
Court Disposition Date: 11/04/2010

**Offense #8**
Offense Date: 10/11/2010
Court Case Number: CR-0000359-10
Court Offense: USE/POSS OF DRUG PARAPH
Court Disposition: WITHDRAWN
Court Disposition Date: 11/04/2010

**Court Activity:**
[NONE FOUND]

**Pennsylvania Court:**
Name: VANESSA SUPPLEE
SSN: xxx-xx-xxxx
Address: A, COLUMBIA PA 17512
State of Origin: Pennsylvania
DOB: 03/xx/1982

Case Number: CR-0000708-10

**Offenses**:
    **Offense #1**
    Offense Date: 11/07/2010
    Court Case Number: CR-0000708-10
    Court Offense: BURGLARY

**Court Activity:**
[NONE FOUND]

**Pennsylvania Court:**
Name: VANESSA JOY SUPPLEE
SSN: xxx-xx-xxxx
Address: HARRISBURG, PA 17110
State of Origin: Pennsylvania
DOB: 03/xx/1982
Race: BLACK
Sex: Female

Case Number: CP-22-CR-0001416-2010
Case Type Description: CRIMINAL

**Offenses:**
    **Offense #1**
    Offense Date: 02/22/2010
    Court Case Number: CP-22-CR-0001416-2010
    Court Offense: TERRORISTIC THREATS W/ INT TO TERRORIZE ANOTHER
    Court Disposition: GUILTY PLEA
    Court Disposition Date: 07/12/2010
    Court Level/Degree: FIRST DEGREE MISDEMEANOR

    **Offense #2**
    Offense Date: 02/22/2010
    Court Case Number: CP-22-CR-0001416-2010
    Court Offense: SIMPLE ASSAULT
    Court Disposition: GUILTY PLEA
    Court Disposition Date: 07/12/2010
    Court Level/Degree: SECOND DEGREE MISDEMEANOR

**Court Activity:**
[NONE FOUND]

**Pennsylvania Court:**

Name: VANESSA SUPPLEE
SSN: xxx-xx-xxxx
Address: HARRISBURG, PA 17103
State of Origin: Pennsylvania
DOB: 03/xx/1982
Race: BLACK
Sex: Female

Case Number: CP-36-CR-0004260-2000
Case Type Description: CRIMINAL

**Offenses**:
   **Offense #1**
   Offense Date: 08/10/2000
   Court Case Number: CP-36-CR-0004260-2000
   Court Offense: RETAIL THEFT-TAKE MDSE
   Court Disposition: GUILTY PLEA
   Court Disposition Date: 10/16/2000


**Court Activity:**
   [NONE FOUND]

**Pennsylvania Court:**
   Name: VANESSA SUPPLEE
   SSN: xxx-xx-xxxx
   Address: HARRISBURG, PA 17103
   State of Origin: Pennsylvania
   DOB: 03/xx/1982
   Race: BLACK
   Sex: Female

   Case Number: CP-36-CR-0005905-2002
   Case Type Description: CRIMINAL

**Offenses**:
   **Offense #1**
   Offense Date: 11/10/2002
   Court Case Number: CP-36-CR-0005905-2002
   Court Offense: MIGRATED STATUTE
   Court Disposition: GUILTY PLEA
   Court Disposition Date: 12/19/2002

   **Offense #2**
   Offense Date: 11/10/2002
   Court Case Number: CP-36-CR-0005905-2002
   Court Offense: MIGRATED STATUTE
   Court Disposition: GUILTY PLEA TO A LESSER CHARGE
   Court Disposition Date: 12/19/2002


   **Offense #3**
   Offense Date: 11/10/2002
   Court Case Number: CP-36-CR-0005905-2002
   Court Offense: SIMPLE ASSAULT
   Court Disposition: GUILTY PLEA TO A LESSER CHARGE
   Court Disposition Date: 12/19/2002


**Court Activity:**
   [NONE FOUND]

**Pennsylvania Court:**
   Name: VENESSA JOY SUPPLEE
   SSN: xxx-xx-xxxx
   Address: HARRISBURG, PA 17103
   State of Origin: Pennsylvania
   Race: BLACK
   Sex: Female

   Case Number: CP-36-CR-0005906-2002
   Case Type Description: CRIMINAL

**Offenses**:
   **Offense #1**
   Offense Date: 11/17/2002
   Court Case Number: CP-36-CR-0005906-2002
   Court Offense: SIMPLE ASSAULT
   Court Disposition: DISMISSED - OTHER
   Court Disposition Date: 12/19/2002

**Offense #2**
Offense Date: 11/17/2002
Court Case Number: CP-36-CR-0005906-2002
Court Offense: CRIM MISCH/DMG PROP INTENT, RECKLESS, OR NEGLIG
Court Disposition: GUILTY PLEA
Court Disposition Date: 12/19/2002

**Offense #3**
Offense Date: 11/17/2002
Court Case Number: CP-36-CR-0005906-2002
Court Offense: SIMPLE ASSAULT
Court Disposition: GUILTY PLEA
Court Disposition Date: 12/19/2002

**Court Activity:**
[NONE FOUND]

**Sexual Offenses:**
[None Found]

**Professional License(s):**
[None Found]

**Voter Registration:**
[None Found]

**Hunting/Fishing Permit:**
[None Found]

**Concealed Weapons Permit:**
[None Found]

**Firearms and Explosives:**
[None Found]

**DEA Controlled Substances:**
[None Found]

**Possible Associates:**

ROBERT SINGLETON JONES  DOB: 7/xx/1956
xxx-xx-xxxx issued in Pennsylvania between 1/1/1970 and 12/31/1972
**Previous And Non-Verified Address(es):**
Ⓢ 330 NEW DORWART ST, LANCASTER PA 17603-5224, LANCASTER COUNTY (May 2004 - Jan 2015)
108 BROADWAY APT 4, HANOVER PA 17331-2515, YORK COUNTY (Jul 2000 - Oct 2007)
94 KNISLEY DR, HANOVER PA 17331-8600, ADAMS COUNTY (Jul 1999 - Jan 2003)
26 KNOLLWOOD DR, LANCASTER PA 17601-5658, LANCASTER COUNTY (May 1996 - Jan 2003)
337 N MULBERRY ST APT 2FL, LANCASTER PA 17603-2956, LANCASTER COUNTY (Jun 1993 - Jan 2003)
17 N BROAD ST APT 1, LANCASTER PA 17602-3170, LANCASTER COUNTY (Nov 1988 - Jan 2003)
5533 LINMORE AVE, PHILADELPHIA PA 19143-5706, PHILADELPHIA COUNTY (Nov 1988 - Jan 2003)
17 N BROAD ST APT 2, LANCASTER PA 17602-3170, LANCASTER COUNTY (Jun 1999)
327 N MULBERRY ST APT, LANCASTER PA 17603-2919, LANCASTER COUNTY (Nov 1988 - Jul 1998)
999 N PEARL ST APT 301, DENVER CO 80203-3246, DENVER COUNTY (Jan 1990 - Dec 1992)

CLEON J WILKINS  DOB: 8/xx/1966
xxx-xx-xxxx issued in New York between 1/1/1972 and 12/31/1974
**Names Associated with Associate:**
CLEON WILKINS  DOB: 8/xx/1966
xxx-xx-xxxx issued in New York between 1/1/1972 and 12/31/1974
CLEON J WILKINS  DOB: 1965
xxx-xx-xxxx issued in New York between 1/1/1972 and 12/31/1974
CLEON WILKINSON  DOB: 8/xx/1966
xxx-xx-xxxx issued in New York between 1/1/1972 and 12/31/1974
**Previous And Non-Verified Address(es):**
3 N 16TH ST APT 3F, HARRISBURG PA 17103-2352, DAUPHIN COUNTY (Mar 2007 - Jun 2008)
Ⓢ 2128 GREEN ST APT 1, HARRISBURG PA 17110-1029, DAUPHIN COUNTY (Nov 2007)
1224 N 57TH ST 2, PHILADELPHIA PA 19131-4105, PHILADELPHIA COUNTY (Mar 2003 - Oct 2007)
236 STATE AVE, WYANDANCH NY 11798-4311, SUFFOLK COUNTY (Jan 1997 - Jan 2003)
121 SCHENECTADY AVE APT M12, WYANDANCH NY 11798-4512, SUFFOLK COUNTY
(Jun 1996 - Jan 2003)
2562 N 18TH ST APT 2ND, PHILADELPHIA PA 19132-3811, PHILADELPHIA COUNTY
(Aug 2000 - Aug 2002)
4033 POPLAR ST, PHILADELPHIA PA 19104-1241, PHILADELPHIA COUNTY (Sep 1999 - Jan 2001)
115, WARMINSTER PA 18974, BUCKS COUNTY (Aug 1997)

120 STATE RD E APT, WARMINSTER PA 18974, BUCKS COUNTY (Jul 1996 - Jan 1997)
120 E STREET RD APT M1-2, WARMINSTER PA 18974-3469, BUCKS COUNTY (Jun 1996)

**Possible Relative Summary:** *(Click on name to link to more details within this report - No Charge)*

> MONIQUE S SUPPLEE , Age 29
>> SAVIOR BLAKE
>>> BLAKE SAVIOR - (AKA)
>>> PATRICIA BLAKE SHULER , Age 63
>>>> PATRICIA A SHULER - (AKA), Age 63
>>>> PATRICIA BLAKE RAY - (AKA), Age 63
>>>> PATRICIA B SCHULER - (AKA), Age 63
>>>> PATRICIA ANN BLAKE - (AKA), Age 63
>>>> PAT RAY - (AKA), Age 63
>>>> PATRICIA B SHULER - (AKA), Age 63
>>>> PATRICIA B SHULER - (AKA), Age 63
>>>> PAT SHULER - (AKA), Age 63
>>>> P RAY - (AKA), Age 63
>>>> PATRIC BLAKE - (AKA), Age 63
>>>> PATRICA RAY - (AKA), Age 63
>>>> PATRICIA SCHULER - (AKA), Age 63
>>> CHIQUITA B BLAKE , Age 44
>>>> CHIQUATA B BLAKE - (AKA), Age 44
>> TIMOTHY P SUPPLEE , Age 37
>>> TIM P SUPPLEE - (AKA), Age 37
>> JUDITH ANN SUPPLEE , Age 66
>>> JUDY A SUPPLEE - (AKA), Age 66
>> JOSHUA M SUPPLEE , Age 39
>>> JOSH SUPPLEE - (AKA), Age 39
>>> SHAWNA M WICKERSHAM , Age 35
>>>> SHAUNA WICKERSHAM - (AKA)
>>>> SHAN WICKERSHAM - (AKA)
>>>> SHAWNA SUPPLEE - (AKA)
>>>> SHAWNA M WICHERSHAM - (AKA)
>> GARY P P SUPPLEE , Age 66
>>> GARRY P SUPPLEE - (AKA), Age 66
>>> GARRY P SUPPLEE - (AKA), Age 65
>>> GARRY P P SUPPLEE - (AKA), Age 66
>> ALISSA R SUPPLEE , Age 41
>>> ALISSA R WEINHOLD - (AKA), Age 41
>>> ANTHONY S WEINHOLD , Age 47
>>> EUNICE F WEINHOLD , Age 76
>>> LARRY E WEINHOLD , Age 77
>>> Ⓓ MATTHEW K WEINHOLD , Age 43
>> NICK R SUPPLEE , Age 40
>>> NICHOLAS SUPLEE - (AKA), Age 40
>> ANGELA L SUPPLEE , Age 46
>>> ANGELA SUPLEE - (AKA), Age 46
>>> CRAIG T SUPPLEE , Age 43
>>>> CRAIG T FUPPLE - (AKA), Age 43
>>>> CRAIG SUPPLEE - (AKA), Age 43
>>>> CRAIG T SUPPLEE - (AKA), Age 43
>> DANA J GARLAND , Age 39
>>> DANA J SUPPLEE - (AKA), Age 39
>>> DANA L SUPPLEE - (AKA), Age 39
>>> J DANA - (AKA), Age 39
>>> DANA S SUPPLEE - (AKA), Age 39
>>> MARILYN M GARLAND , Age 65
>>>> MARILYN MGARLAND - (AKA), Age 65
>>>> MARYLIN GARLAND - (AKA), Age 65
>>> CHRISTOPHER S GARLAND , Age 36
>>>> CHRISTOPHER GARLAND - (AKA), Age 36
>>>> CHRISTO GARLAND - (AKA), Age 36
>>>> CHRISTOP S GARLAND - (AKA), Age 36
>>> DANIEL P GARLAND , Age 37
>>> Ⓓ DENNIS P GARLAND , Age 62
>>>> Ⓓ D P GARLAND - (AKA), Age 62
>> JANELLE R BROUGHMAN , Age 40
>>> JANELLE R SUPPLEE - (AKA), Age 40
>>> JANELLE R BRAUGHMAN - (AKA), Age 39
>>> JANELLE R BRAUGHMAN - (AKA), Age 40
>>> JANELLE R BROUGHMAN - (AKA), Age 39
>>> CHRISTOPHER S SUPPLEE , Age 49
>>>> CHRISTOPHER SUPPLEE - (AKA), Age 49
>>>> SUPPLEE CHRISTO - (AKA), Age 49
>>>> CHRISTOPHER S SUPPLEE - (AKA), Age 49
>>> BARBARA K BROUGHMAN , Age 61
>>>> BARBARA K DYER - (AKA), Age 61
>>>> BARBARA K HOLLOWAY - (AKA), Age 61