IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRYL BROOKS**<br><br>     v.<br><br>**OFFICER PATRICK J. DOOLEY,**<br>**COMISSIONER CHARLES H. RAMSEY,**<br>**PHILADELPHIA POLICE DEPARTMENT,**<br>**and**<br>**CITY OF PHILADELPHIA** | **CIVIL ACTION**<br><br>**NO. 16-6136** |

## ORDER

And NOW, this 7th day of June 2017, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 6) is **GRANTED**, without prejudice, and with leave to amend.

        **BY THE COURT:**
        */s/ Michael M. Baylson*
        _____
        **Michael M. Baylson, U.S.D.J.**

O:\Jessica.2016\16-cv-6136, Brooks v. Dooley\Order Re Motion to Dismiss.docx

.