DC NO, 2-16-CV-06136

NO. 17-2450

Motion by Appellant for Extension of time to file Brief and Appendix.

I requested for warrant I was denied. After I was never told by plain clothes officer that he was an officer of the law.

FILED
JAN 12 2018
By KATE BARKMAN, Clerk
Dep. Clerk